IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )       1:98cr74-MHT
ALEX TYRONE McNAIR          )          (WO)
```

ORDER

It is ORDERED as follows:

(1) The hearing on the revocation petition (doc. no. 76) is reset for October 28, 2008, at 2:00 p.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(2) By no later than October 14, 2008, counsel for defendant Alex Tyrone McNair is to file a <u>final</u> mental health evaluation with the court. The evaluation should address McNair's sanity at the time of the alleged violation.

(3) By October 16, 2008, defendant McNair is to file a memorandum addressing all issues to be resolved by the court, and, by no later than

October 23, 2008, the government and probation are to do the same.

DONE, this the 10th day of September, 2008.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE