IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:98cr74-MHT |
| **ALEX TYRONE McNAIR** | ) | (WO) |

### ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that another hearing is set for December 11, 2008, at 10:00 a.m. in the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

Done, this the 4th day of December, 2008.

      /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**