IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:98cr74-MHT |
| ALEX TYRONE McNAIR | ) | (WO) |

## JUDGMENT

Based on the evidence presented to the court and based on the conclusions of law and findings of fact set forth in the court's opinion, United States v. McNair, ___ F. Supp. 2d ___, 2008 WL 5087670 (M.D. Ala. 2008) (Doc. No. 149), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) As stated in an earlier proceeding, the revocation petition (Doc. No. 76) is treated as both a petition to revoke supervised release and a petition for modification of the conditions of supervised release.

(2) It is the verdict of the court that, because of insanity, defendant Alex Tyrone McNair did not

     commit the state offense of Domestic Violence, Third Degree, and that, as a result, he did not violate the conditions of supervised release as charged in the petition for revocation of supervised release (Doc. No. 76).

(3) The petition for revocation of supervised release (Doc. No. 76) is denied.

(4) The petition to modify the conditions of supervised release (Doc. No. 76) is granted, and defendant McHair's conditions of supervised release are modified by adding the following:

  (A) Upon release from custody, defendant McNair shall be placed at the Fellowship House located at 1625 12th Avenue South, Birmingham, Alabama.

  (B) Defendant McNair shall initially be placed in the intensive-inpatient portion of the program for approximately 30-60 days or until such time he is ready to be

      transferred into the less restrictive residential portion of the program.

(C) Upon admission to the Fellowship House, defendant McNair shall be referred to the University of Alabama Birmingham Community Psychiatry Department for a complete evaluation to determine whether he has additional needs to be addressed.

(D) Defendant McNair shall remain in the residential portion of the program no longer than 24 months. During his time in the residential portion of the program, he is required to obtain full-time employment and pay the cost to remain at the facility. He is to be housed in apartment homes that are owned by the Fellowship House.

(E) Throughout his entire time in the Fellowship House, defendant McNair shall receive extensive substance-abuse and mental-health

**treatment as well as treatment for his anger. The treatment shall come from Masters-level counselors.**

DONE, this the 12th day of December, 2008.

                     /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**